Richard Sturdevant SBN 269088
Financial Relief Law Center, APC
1200 Main St. Ste C
Irvine, CA 92614
Office Phone: (714) 442-3335
Facsimile: (714) 361-5376

Attorney for Defendant
Impress-O, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In Re<br><br>TXD INTERNATIONAL USA, INC.,<br><br>　　　　　　　　　　Debtor.<br><br>A. CISNEROS, solely in his capacity as the Chapter 7 trustee for the bankruptcy estate of TXD International USA, Inc.,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>Impress-O, LLC, A California Corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 6:21-bk-14189-SY<br><br>Chapter 7<br><br>Adv. No. 6:23-ap-01017-SY<br><br>**ANSWER TO COMPLAINT:**<br><br>　**(1) TURNOVER; AND**<br>　**(2) UNJUST ENRICHMENT** |

　　　Defendant Impress-O, LLC ("Defendant") answers the Complaint ("Complaint") filed by A. Cisneros, solely in his capacity as the Chapter 7 trustee for the bankruptcy estate of TXD International USA, Inc. ("Plaintiff"). Except as expressly admitted below, Defendant denies all allegations in the Complaint[1].

///

///

---

[1] Unless otherwise indicated, capitalized terms not defined have the meaning ascribed to them in the Complaint.

- 1 -

## JURISDICTION AND VENUE

1. Defendant admits the allegations contained in Paragraph 1 of the Complaint.

2. Defendant admits the allegations contained in Paragraph 2 of the Complaint.

3. Defendant admits the allegations contained in Paragraph 3 of the Complaint.

4. Defendant admits the allegations contained in Paragraph 4 of the Complaint.

5. Paragraph 5 of the Complaint does not contain any allegations that require a response.

## PARTIES

6. Defendant admits the allegations contained in Paragraph 6 of the Complaint.

7. Defendant admits the allegations contained in Paragraph 7 of the Complaint.

8. Defendant admits the allegations contained in Paragraph 8 of the Complaint.

9. Defendant admits the allegations in Paragraph 9 of the Complaint.

10. Defendant admits the allegations in Paragraph 10 of the Complaint.

11. Defendant admits the allegations contained in Paragraph 11 of the Complaint.

12. Defendant admits the allegations contained in Paragraph 12 of the Complaint.

13. Defendant admits the allegations contained in Paragraph 13 of the Complaint.

14. Defendant admits the allegations contained in Paragraph 14 of the Complaint.

15. Defendant admits the allegations contained in Paragraph 15 of the Complaint.

16. Defendant admits the allegations contained in Paragraph 15 of the Complaint.

## STATEMENT OF STANDING

17. Paragraph 17 of the Complaint does not contain any allegations that require a response.

## GENERAL ALLEGATIONS

18. Defendant denies the allegations contained in Paragraph 18 of the Complaint.

19. Defendant denies the allegations contained in Paragraph 19 of the Complaint.

20. Defendant denies the allegations contained in Paragraph 20 of the Complaint.

21. Defendant denies the allegations contained in Paragraph 21 of the Complaint.

22. Defendant denies the allegations contained in Paragraph 22 of the Complaint.

23. Defendant admits the allegations contained in Paragraph 23 of the Complaint.

24. Defendant admits the allegations contained in Paragraph 24 of the Complaint.

## **FIRST CLAIM FOR RELIEF**

### **(Turnover)**

25. Defendant reinstates and reincorporates its responses contained in Paragraphs 1 through 24 above.

26. Paragraph 25 of the Complaint does not contain any allegations that require a response.

27. Defendant denies Paragraph 26 of the Complaint.

28. Defendant admits Paragraph 27 of the Complaint.

29. Defendant denies Paragraph 28 of the Complaint.

30. Defendant denies Paragraph 29 of the Complaint.

## **SECOND CLAIM FOR RELIEF**

### **(Unjust Enrichment)**

31. Defendant reinstates and reincorporates its responses contained in Paragraphs 1 through 30 above.

32. Paragraph 30 of the Complaint does not contain any allegations that require a response.

33. Defendant denies Paragraph 31 of the Complaint.

34. Defendant denies Paragraph 32 of the Complaint.

35. Defendant denies Paragraph 33 of the Complaint.

36. Defendant reinstates and reincorporates its responses contained in Paragraphs 1 through 30 above.

- 3 -

## AFFIRMATIVE DEFENSES

Defendant states the following affirmative defenses without assuming the burden of proof of any other burden on such defenses if that burden would otherwise rest with Intervenors or another party. Defendant reserves the right to raise additional defenses, counterclaims, cross-claims, and third-party claims not asserted of which it may become aware through discovery or other investigations, and Defendant will amend or modify its Answer accordingly.  Defendant further reserves the right to withdraw, amend or modify defenses, as appropriate, during discovery and other proceedings in this case.

### First Affirmative Defense: Unjust Enrichment

37. As a separate affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant is not liable in the capacity in which it has been sued in that Plaintiff would be unjustly enriched if the relief sought by Plaintiff against Defendant is granted.

### Second Affirmative Defense: Business Judgment Rule

38. As a separate affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant is not liable in the capacity in which it has been sued in that at all times it was exercising its best business judgement and cannot be held liable for its acts, actions, or omissions pursuant to the Business Judgment Rule.

### Third Affirmative Defense: Reasonably Equivalent Value and in Good Faith

39. As a separate affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that the Complaint, and each purported cause of action thereof, are barred, in whole or in part, because Defendant provided and received reasonably equivalent value in exchange of the alleged transfers in the Complaint, and at all times acted in good faith. Accordingly, the alleged transfers described in the Complaint are neither avoidable nor recoverable and the

Complaint and the causes of action asserted therein should be dismissed.

### Fourth Affirmative Defense: Set off/Recoupement

40. As a separate affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that the Complaint, and each purposes cause of action thereof, is barred by the doctrine of setoff and/or recoupment.

### Fifth Affirmative Defense: No Damages

41. As a separate affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that the Complaint, and each purposes cause of action thereof, submits that Plaintiff's claims are barred, in whole or in part, because Plaintiff has not sustained any loss, damage, harm or detriment in the amount.

### Sixth Affirmative Defense: Unclean Hands

42. As a separate affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred by the doctrine of unclean hands.

### Seventh Affirmative Defense: Ordinary Course

43. As a separate affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred, in whole or in part, because the exchange was made in the ordinary course of business or made according to ordinary business terms.

### Eighth Affirmative Defense: Ratification

44. As a separate affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that the Plaintiff's claims are barred, in whole or in part, because the transaction in question was expressly ordered, approved, authorized or ratified by Plaintiff.

### Ninth Affirmative Defense: Reservation of Rights and Non-Waiver

45. Defendant reserves the right to assert additional defenses, including affirmative

defenses, based upon further investigation and/or discovery. Defendant also reserves the right to amend or supplement this Answer based on further formal or informal discovery and/or in response to any amendments or supplements to the Complaint made by Plaintiff, and for any such amendments or supplements to the Answer to relate back to the filing of the original Answer.

## REQUEST FOR RELIEF

A. That Plaintiff take nothing by way of the Complaint;

B. Granting Defendant its reasonable attorneys' fees and costs;

C. For such further relief as the Court may deem appropriate.

Dated: October 10, 2023                    Respectfully Submitted,

                                               Financial Relief Law Center, APC

                                               /s/ Richard Sturdevant
                                               Richard Sturdevant, Esq.
                                               Attorneys for Defendant
                                               Impress-O, LLC