NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:21-bk-14189-SY |
| TXD INTERNATIONAL USA, INC., | Chapter 7 |
| Debtor. | Adversary No. 6:23-ap-01017-SY |
| A. CISNEROS, solely in his capacity as the Chapter 7 trustee for the bankruptcy estate of TXD International USA, Inc., | **STIPULATION TO EXTEND DISCOVERY CUTOFF** |
| Plaintiff, | |
| v. | |
| IMPRESS-O, LLC, a California Corporation, | |
| Defendant. | |

This stipulation, by and between A. Cisneros ("Trustee"), Chapter 7 Trustee of the bankruptcy estate of TXD International USA, Inc. ("Debtor"), by and through his counsel of record, and Defendant Impress-O, LLC ("Defendant") by and through their counsel of record (the "Parties"), is made with reference to the following facts:

1. Debtor's bankruptcy case was commenced on August 2, 2021, with the filing of a petition under Subchapter V of Chapter 11 of Title 11 of the United States Code ("Petition Date").

2. On November 8, 2021, the Bankruptcy Case was converted to Chapter 7.

3. Trustee is the duly appointed, qualified, and acting Chapter 7 Trustee of Debtor's bankruptcy estate.

4. On February 3, 2023, Plaintiff filed the above-entitled and numbered Adversary Proceeding.

5. The current discovery cutoff is April 1, 2024, and a pre-trial conference has been set for May 16, 2024.

6. The Parties have agreed to extend the discovery cutoff for forty-five (45) days, while they pursue settlement discussions.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

A. The discovery cutoff should be extended from April 1, 2024 to May 16, 2024 to provide the parties to finalize settlement;

B. The pre-trial conference should be continued from May 16, 2024 to June 27, 2024, or to the next available date on the Court's calendar thereafter; and

C. The parties do not anticipate that any further extensions will be necessary.

IT IS SO STIPULATED

Dated: March 29, 2024                    MALCOLM ♦ CISNEROS,
                                         A Law Corporation

                                         By: /s/ Nathan F. Smith
                                             Nathan F. Smith
                                             Attorneys for Chapter 7 Trustee, A. Cisneros

Dated: March 27, 2024                    FINANCIAL RELIEF LAW CENTER, APC

                                         By: _____
                                             Richard Sturdevant
                                             Attorney for Defendant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2112 Business Center Drive, Irvine, CA 92612.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND DISCOVERY CUTOFF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 29, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- Richard L. Sturdevant    rich@bwlawcenter.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 29, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street
Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 29, 2024 | Christina Valenzuela | /s/ Christina Valenzuela |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**