WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*



**FILED & ENTERED**

**FEB 26 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>TXD INTERNATIONAL USA, INC.,<br><br>Debtor.<br>―――――――――――――――――<br>A. CISNEROS,<br><br>Plaintiff,<br><br>v.<br><br>IMPRESS-O, LLC, a California Corporation,<br><br>Defendant. | Case No. 6:21-bk-14189-SY<br><br>Chapter 7<br><br>Adversary No. 6:23-ap-01017-SY<br><br>**JUDGMENT** |

The court, having reviewed the Declaration of Nathan F. Smith in Support of Judgment, filed on behalf of A. Cisneros, chapter 7 trustee of the bankruptcy estate of TXD International USA, Inc. ("Plaintiff"), relating the default of IMPRESS-O, LLC, a California Corporation ("Defendant"), under the parties' compromise approved by court order entered on December 5, 2024, and good cause appearing,

IT IS ORDERED that judgment is entered in favor of Plaintiff and against Defendant in the amount of $386,570.77. Post-judgment interest as provided by 28 U.S.C. § 1961 shall accrue on this judgment from the date of entry until it is fully satisfied.

###

Date: February 26, 2025

Scott H. Yun
United States Bankruptcy Judge