Form B-1037 (Rev. 8/98)                                                            1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| WILLIAM G. MALCOLM, #129271 / NATHAN F. SMITH, #264635<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive, Irvine, California 92612<br>Phone: (949) 252-9400 / Fax: (949) 252-1032<br>Email: nathan@mclaw.org<br><br>Attorneys for Chapter 7 Trustee, A. Cisneros | **FILED**<br>MAR 17 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

## UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re<br>    TXD INTERNATIONAL USA, INC.,<br><br>                                                          Debtor. | CASE NO.: 6:21-bk-14189-SY<br><br>ADVERSARY NO.: 6:23-ap-01017-SY |
|---|---|
| A. CISNEROS, solely in his capacity as the Chapter 7 trustee for the bankruptcy estate of TXD International USA, Inc.,<br>                                             Plaintiff(s)<br>vs.<br>Impress-O, LLC, a California Corporation,<br>                                            Defendant(s). | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

STATE OF CALIFORNIA, COUNTY OF   RIVERSIDE

I,   Nathan F. Smith    hereby state under penalty of perjury that,

1.    Judgment for $ 386,570.77    was entered on    February 26, 2025
                                                                                        (date)

    in the docket of the above-entitled action in favor of:

    A. Cisneros, chapter 7 trustee of the bankruptcy estate of TXD International USA, Inc.
    as Judgment Creditor, and against
    IMPRESS-O, LLC, a California Corporation
    as Judgment Debtor

**(If registered Judgment, fill in below)**

Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Case No. _____ in the United States Bankruptcy Court, Central District of California and which has become FINAL.

2.    I am the Judgment Creditor, or the attorney for said Judgement Creditor, and request issuance of a Writ of Execution on the Judgment.

3.    ACCRUED since the entry of judgment are the following sums:

    $ 355.86      accrued interest, computed at   4.20   %
                                                                                 (see note)
    $ 0.00      accrued costs

Form B-1037 (Rev. 8/98)                                                                 1998 USBC, Central District of California

| In re: TXD INTERNATIONAL USA, INC., Debtor. | CASE NO.: 6:21-bk-14189-SY |
| --- | --- |
| | ADVERSARY NO.: 6:23-ap-01017-SY |

Credit must be given for payments and partial satisfaction in the amount of $ __0.00__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at __Irvine__, State of California, this __6th__ day of __March__, __2025__.
(year)

_____
Signature

**NOTE: Judgments registered under 28 U.S.C. 1963 bear the rate of interest of the District of origin.**